UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARIO SIMON-MARCOS, | : |
| Plaintiff, | : |
| vs. | : |
| DANIEL P. MEJIA and MEJIA PRODUCE, LLC; | : Civil Action No.: 1:16-cv-055 |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Mario Simon-Marcos by and through his undersigned counsel, stipulates that this action against Defendants Daniel P. Mejia and Mejia Produce, LLC shall be and hereby is DISMISSED without prejudice.

Respectfully submitted this 22nd day of June, 2016,

/s/ Dawson Morton
Dawson Morton
Georgia Bar No. 525985
Lisa J. Krisher
Georgia Bar No. 429762
Georgia Legal Services Program
104 Marietta Street NW, Suite 250
Atlanta, GA 30303
Phone: (404) 463-1633
Fax:   (404) 463-1623

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 22nd day of June, 2016, filed electronically with the Clerk of the Court the foregoing **STIPULATION OF DISMISSAL**, and all attachments.   No notice is necessary as no other parties have appeared in the case.


/s/ Dawson Morton
Counsel for Plaintiffs